**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**San Jose DIVISION**

In re: BRIAND PROPERTIES, LLC § Case No. 16-50041
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Kari S. Bowyer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $158,100.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,090,415.05 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $392,643.84 | | |

3) Total gross receipts of $3,640,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $1,156,941.11 (see **Exhibit 2**), yielded net receipts of $2,483,058.89 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,690,878.55 | $2,033,777.69 | $2,033,777.69 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $371,643.84 | $371,643.84 | $371,643.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $21,000.00 | $21,000.00 | $21,000.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $3,739.64 | $3,739.64 | $3,739.64 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $52,004.43 | $52,897.72 | $52,897.72 |
| **TOTAL DISBURSEMENTS** | $0.00 | $2,139,266.46 | $2,483,058.89 | $2,483,058.89 |

4) This case was originally filed under chapter 7 on 01/06/2016, and it was converted to chapter 7 on 07/07/2016. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/05/2018   By: /s/ Kari S Bowyer
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Property- Adjoining parcels 545 S. 2nd 472-26-085 and 540 S. 1st Parking Lot 472-26-035 | 1110-000 | $3,640,000.00 |
| TOTAL GROSS RECEIPTS | | $3,640,000.00 |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BRIAND PROPERTIES, LLC | Claim Dividend paid 100.00% on $811,941.11 ] Claim Number SURPLUS Claim Filed Amount $0.00 | 8200-002 | $811,941.11 |
| Cornerstone Title Company | Return of funds to title company to be distributed to Michael Dorian from escrow. Order Dkt. 87/92 | 8200-052 | $345,000.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $1,156,941.11 |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | Berliner Cohen LLP c/o Christian E. Picone | 4110-000 | NA | $258,697.31 | $281,118.73 | $281,118.73 |
| 5-2 | Robert Paul Didier Inc. Benefit Plan, et alPatric J. Kelly Adleson, Hess and Kelly, APC | 4110-000 | NA | $1,325,626.64 | $1,644,365.88 | $1,644,365.88 |
| 9 | Santa Clara County Office of the Tax Collector | 4110-000 | NA | $106,554.60 | $108,293.08 | $108,293.08 |
| | TOTAL SECURED | | $0.00 | $1,690,878.55 | $2,033,777.69 | $2,033,777.69 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kari S. Bowyer | 2100-000 | NA | $97,757.86 | $97,757.86 | $97,757.86 |
| Trustee, Expenses - Trustee Insurance Agency | 2200-000 | NA | $2,931.44 | $2,931.44 | $2,931.44 |
| Trustee, Expenses - Kari S. Bowyer | 2200-000 | NA | $105.19 | $105.19 | $105.19 |
| Attorney for Trustee Fees - Rincon Law LLP | 3110-000 | NA | $46,028.00 | $46,028.00 | $46,028.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | -$2,362.77 | -$2,362.77 | -$2,362.77 |
| Bond Payments - BOND | 2300-000 | NA | $531.34 | $531.34 | $531.34 |
| Costs to Secure/Maintain Property ( insurance, locks, etc.) - Credit | 2420-000 | NA | -$154.29 | -$154.29 | -$154.29 |
| Costs to Secure/Maintain Property ( insurance, locks, etc.) - Marshall Eviction | 2420-000 | NA | $260.54 | $260.54 | $260.54 |
| Costs to Secure/Maintain Property ( insurance, locks, etc.) - Reimbursement for funds advanced for invoice from Tomys Lock and Key to A. Buchanan | 2420-000 | NA | $303.30 | $303.30 | $303.30 |
| Costs to Secure/Maintain Property ( insurance, locks, etc.) - Reimbursement for towing service advanced by K. Bowyer to H&R Towing | 2420-000 | NA | $250.00 | $250.00 | $250.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - County Transfer Tax split 50/80 | 2500-000 | NA | $2,002.00 | $2,002.00 | $2,002.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Escrow Fee | 2500-000 | NA | $1,600.00 | $1,600.00 | $1,600.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - FTB Filing | 2500-000 | NA | $45.00 | $45.00 | $45.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Notary Fee | 2500-000 | NA | $30.00 | $30.00 | $30.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Order- Recording | 2500-000 | NA | $37.00 | $37.00 | $37.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Owner's Coverage | 2500-000 | NA | $4,110.00 | $4,110.00 | $4,110.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $11,026.10 | $11,026.10 | $11,026.10 |

| | | | | | |
|---|---|---|---|---|---|
| Other State or Local Taxes (post-petition) - 1st Installment 2016*17 Property Taxes | 2820-000 | NA | $7,208.45 | $7,208.45 | $7,208.45 |
| Other State or Local Taxes (post-petition) - 2016/17 Property Taxes to Santa Clara County | 2820-000 | NA | $4,903.89 | $4,903.89 | $4,903.89 |
| Other State or Local Taxes (post-petition) - City Transfer Tax split 50/50 | 2820-000 | NA | $6,006.00 | $6,006.00 | $6,006.00 |
| Other State or Local Taxes (post-petition) - County Taxes (Paid) 11/2/16 to 01/01/17 | 2820-000 | NA | -$1,607.39 | -$1,607.39 | -$1,607.39 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 2820-000 | NA | $3,484.00 | $3,484.00 | $3,484.00 |
| Other State or Local Taxes (post-petition) - FTB withholding based on 3.33% | 2820-000 | NA | $121,212.00 | $121,212.00 | $121,212.00 |
| Other Chapter 7 Administrative Expenses - Office of the United States Trustee | 2990-000 | NA | $1,300.28 | $1,300.28 | $1,300.28 |
| Attorney for Trustee Fees (Other Firm) - Dentons US LLP | 3210-000 | NA | $41,169.00 | $41,169.00 | $41,169.00 |
| Attorney for Trustee Expenses (Other Firm) - Dentons US LLP | 3220-000 | NA | $318.01 | $318.01 | $318.01 |
| Attorney for Trustee Expenses (Other Firm) - Rincon Law LLP | 3220-000 | NA | $536.38 | $536.38 | $536.38 |
| Accountant for Trustee Fees (Other Firm) - KOKJER, PIEROTTI, MAIOCCO & DUCK LLP | 3410-000 | NA | $4,556.50 | $4,556.50 | $4,556.50 |
| Accountant for Trustee Expenses (Other Firm) - KOKJER, PIEROTTI, MAIOCCO & DUCK LLP | 3420-000 | NA | $56.01 | $56.01 | $56.01 |
| Realtor for Trustee Fees (Real Estate Commissions) - Listing Commission- Intero Real Estate; Lincoln | 3510-000 | NA | $18,000.00 | $18,000.00 | $18,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$371,643.84** | **$371,643.84** | **$371,643.84** |

### **EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Stanley Zlotoff | 6210-000 | NA | $21,000.00 | $21,000.00 | $21,000.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$21,000.00** | **$21,000.00** | **$21,000.00** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | FRANCHISE TAX BOARD | 5800-000 | NA | $3,739.64 | $3,739.64 | $3,739.64 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$3,739.64** | **$3,739.64** | **$3,739.64** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2PI | FRANCHISE TAX BOARD | 7990-000 | NA | NA | $42.80 | $42.80 |
| 2U | FRANCHISE TAX BOARD | 7300-000 | NA | $799.40 | $799.40 | $799.40 |
| 2UI | FRANCHISE TAX BOARD | 7990-000 | NA | NA | $9.15 | $9.15 |
| 3 | Internal Revenue Service | 7100-000 | NA | $1,617.26 | $1,617.26 | $1,617.26 |
| 3-1 | Internal Revenue Service | 7300-000 | NA | $12,036.00 | $12,036.00 | $12,036.00 |
| 3-1I | Internal Revenue Service | 7990-000 | NA | NA | $137.76 | $137.76 |
| 3I | Internal Revenue Service | 7990-000 | NA | NA | $18.51 | $18.51 |
| 4 | Pacific Gas and Electric Company | 7100-000 | NA | $8,159.25 | $8,159.25 | $8,159.25 |
| 4I | Pacific Gas and Electric Company | 7990-000 | NA | NA | $93.39 | $93.39 |
| 6I | Office of the United States Trustee | 7990-000 | NA | NA | $3.72 | $3.72 |
| 7I | Office of the United States Trustee | 7990-000 | NA | NA | $11.16 | $11.16 |
| 8 | Solomon Cordwell BuenzAttn: Louis Gale | 7100-000 | NA | $29,392.52 | $29,392.52 | $29,392.52 |
| 8I | Solomon Cordwell BuenzAttn: Louis Gale | 7990-000 | NA | NA | $336.43 | $336.43 |
| Dkt 100I | Stanley Zlotoff | 7990-000 | NA | NA | $240.37 | $240.37 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$52,004.43** | **$52,897.72** | **$52,897.72** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 16-50041  
Case Name: BRIAND PROPERTIES, LLC  
For Period Ending: 01/05/2018

Trustee Name: (001760) Kari S. Bowyer  
Date Filed (f) or Converted (c): 07/07/2016 (c)  
§ 341(a) Meeting Date: 08/09/2016  
Claims Bar Date: 11/07/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Fremont Bank Account | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Security Deposit with PG&E | 3,100.00 | 0.00 | | 0.00 | FA |
| 3 | Office Equipment and Supplies | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | Real Property- Adjoining parcels 545 S. 2nd 472-26-085 and 540 S. 1st Parking Lot 472-26-035<br>Principal of debtor filed declaration with the court that the value of the underlying real property is worth $3 Million dkt 38-1 | 4,500,000.00 | 3,000,000.00 | | 3,640,000.00 | FA |
| 5 | Ownership in Morgan Kane Food Service Inc.<br>Non-operating business. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Rotem Aisenman and Boris Drukker breach of joint venture | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Unpaid rent owed by Morgan Kane food services (appx 150k) uncollectible<br>Business owed by business of principal's wife. Not operating, not collectible. | 150,000.00 | 0.00 | | 0.00 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$4,658,100.00** | **$3,000,000.00** | | **$3,640,000.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8
Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case No.: 16-50041  
Case Name: BRIAND PROPERTIES, LLC  

For Period Ending: 01/05/2018

Trustee Name: (001760) Kari S. Bowyer  
Date Filed (f) or Converted (c): 07/07/2016 (c)  
§ 341(a) Meeting Date: 08/09/2016  
Claims Bar Date: 11/07/2016

**Major Activities Affecting Case Closing:**

07/07/16 Case converted. Reviewed court docket, motion for relief from stay and motion to convert to ascertain issues. Review case from potential purchaser of the assets, listen to hearing re conversation appears main asset real property located on 1st and 2nd street;

07/08/16 conference call Julie Rome-Banks re potential offer from MBH Properties LLC for 1st and 2nd street properties, call with secured creditors re their claim and request quote for insurance on the the underlying properties. Retain counsel for the estate- G. Kleiner.

07/10/16 Review email from counsel re insurance and review quote for insurance.

07/11/16 Phone conference with estate's counsel re moving forward with marketing and sale of the property; Site visit.

07/12/16 Spoke with counsel re case strategy, phone conference with real estate agent re sale of 1st and 2nd street properties.

07/21/16 Initial correspondence in response to principal's questions; phone conference with Debtor's counsel re moving case forward; correspondence with estate's counsel re moving case forward and potential issues

07/22/16 Review and sign contract to sell real property to MBH Properties, subject to overbid and time to market, deposit due within 15 calendar days.

07/24/16 Email to counsel re setting administrative claims bar date.

07/28/16 Phone conference with city of San Jose re environmental issue-and spoke with counsel and city to resolve.

08/03/16 On-site visit with real estate agent to value property.

08/04/16 Review multiple pleadings and sign declaration re ex-parte application to evict unauthorized occupants on the property.

08/05/16 Phone/email correspondence with real estate agent re placing property on MLS and initial price.

08/09/16 Initial MOC scheduled- counsel present, responsible individual failed to appear.

08/10/16 Review proposal by Tower to purchase properties. Review and respond to voicemail left by someone who claims they are renting space to park RV on estate property.

08/11/16 Email notice of continued meeting of creditors and file it with the court. Phone conversation with counsel re second 10 minute email from Ms. Dorian. Drafted and email correspondence to Ms. Dorian.

08/15/16 Confirm signed agreement with Tower to purchase underlying real property. Seek agreement with real estate agent to reduce commission in half.

08/16/16 Arrange time for real estate agent and lock smith to meet at the underlying property with the US Marshals

08/17/16 Review email RV occupier re vacating property. Arrange time to meet.

08/16/16 File motion to sell real property, subject to overbid filed with court.

08/23/16 Continued MOC scheduled, counsel present, responsible individual unable to gain access to meeting room- spoke with him off the record. Continued meeting scheduled.

08/24/16 Email/phone call with counsel re requirement surplus funds goes to debtor not third parties; attempt to contact tow company to tow vehicles off of property.

08/25/16 US Marshall present at property and remove all individuals from the property.

08/29/16 Travel to properties for removal of abandoned car.

09/01/16 Errata to original sale motion filed, surplus funds will go to debtor.

09/06/16 Continued MOC scheduled. Counsel appeared- responsible individual absent- Matter continued.

09/07/16 Hearing on sale of underlying real property, Counsel confirmed responsible individual present.

09/12/16 Phone conference with counsel re status of case and issues with principal; forward documents to counsel to review

09/14/16 Review email from counsel re issues with closing, phone conference with counsel re same

09/16/16 Phone conference with counsel and title company re calls from Mr. Dorian (Debtor's principal).

09/20/16 Purchasers are seeking extension to close escrow, additional costs if we prolong escrow, seek additional funds for extended time.

09/26/16 Phone conference with counsel re potential break-in at the Briand Properties and request buyers secure as the estate has no funds.

09/27/16 Phone conference with agent for buyers re securing the real property; On-site review of the premises with San Jose police.

10/3/16 Sign and return updated employment documents for estates counsel, new firm Rincon; Draft and forward email correspondence to Mr. Dorian

10/4/16 Continued Meeting of creditors, Meeting concluded.

10/17/16 Email to title company re status of closing escrow.

Case: 16-50041    Doc# 139    Filed: 01/30/18    Entered: 01/30/18 12:37:07    Page 9 of 20

| | |
|---|---|
| Case No.: 16-50041 | Trustee Name: (001760) Kari S. Bowyer |
| Case Name: BRIAND PROPERTIES, LLC | Date Filed (f) or Converted (c): 07/07/2016 (c) |
| | § 341(a) Meeting Date: 08/09/2016 |
| For Period Ending: 01/05/2018 | Claims Bar Date: 11/07/2016 |

10/20/16 Review final seller's statement re closing
10/24/16 Phone conference with counsel re close of escrow, need for additional order and other issues to move case forward.
10/25/16 Application to amend sale order to increase underlying sale price from $3,600,000 to $3,640,000
10/26/16 Phone conference with counsel re Principal and email/threats to various professionals, further phone conference re issue with closing
10/26/16 Round Trip to title company to sign closing documents.
11/1/16 Phone/email to counsel re closing case
11/3/16 Confirm receipt of sale funds.
11/7/16 Phone conference with counsel re closing and Mr. Dorian. Email to Mr. Dorian re confirmation of address for payment, entry of information on final settlement statement and prepare check for mailings
11/20/16 Review filed claims, confirm no objects required.
11/26/16 Report of sale filed (Dkt 96)
12/30/16 File adversary against principal, spouse and third parties for declaratory relief.
02/22/17 Phone conference with counsel re status of the underlying AP
03/29/17 Phone conference with counsel re settlement and conforming order for payment of excess funds pursuant to code.
04/25/17 Seek default judgment in the underlying AP against Ms. Dorian.
05/12/17 Judgment entered against Ms. Dorian in the underlying adversary.
05/18/17 Review email from counsel re judgment- sent message to R. Pierroti to prepare final tax returns for the estate.
06/02/17 Phone conference with counsel re closing case.
06/06/17 Review and approve accountants fees, review and approve prior counsel's fees.
06/07/17 Begin preparing final fee application, phone conference with counsel re creditor issues, receive and review tax return- money owed. Reviewed order re payment, email to estate's counsel to confirm order on hand is sufficient, prepare tax payment.
06/20/17 Continue drafting Narrative and reviewing time records, review email from principal and response from counsel,
06/27/17 Review attorney fee application and approve. ort
06/28/17 Continuing reviewing claims, preparing TFR and Final fee application
06/30/17 Finalize all and submit TFR to the UST's office.
07/01/17 TFR submitted, informed counsel.
07/19/17 Review San Jose Tower's motion for misc relief re surplus funds;
07/21/17 Review reply by Debtor's principal; phone call with counsel re response needed. Review and confirmed filed with the court.
07/25/17 Hearing held re motion by San Jose Towers re disposition of surplus funds.
08/02/17 Order entered, motion and briefing schedule taken off calendar; counsel forwarded updated fee application;
08/04/17 Prepare and submit amended TFR.
10/2/17 Order entered approving all fee applications and TFR; over payment listed for estate's counsel.
10/4/17 Confirmed payment amount with Rincon, update distribution to reduce claim to Rincon and increase surplus to debtor.
12/17/17 confirmed all checks cleared file TDR.

**Current Projected Date Of Final Report (TFR):** 08/04/2017 (Actual)   **Initial Projected Date Of Final Report (TFR):** 07/22/2017

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | | |
|---|---|---|
| Case No.: 16-50041 | Trustee Name: | Kari S. Bowyer (001760) |
| Case Name: BRIAND PROPERTIES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: **-***6785 | Account #: | ******8000 Checking |
| For Period Ending: 01/05/2018 | Blanket Bond (per case limit): | $92,391,005.00 |
| | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/03/16 | | | | | 1,441,447.14 | | 1,441,447.14 |
| | {4} | Cornerstone Title Company | Contract Sales Price $3,640,000.00 | 1110-000 | | | 1,441,447.14 |
| | | Robert Paul Didier Inc. Benefit Plan, et alPatric J. Kelly Adleson, Hess and Kelly, APC | -$1,098,250.00 | 4110-000 | | | 1,441,447.14 |
| | | Robert Paul Didier Inc. Benefit Plan, et alPatric J. Kelly Adleson, Hess and Kelly, APC | Daily Interest thru 11/2/16 to Sequoia Mortgage Capital -$334,234.08 | 4110-000 | | | 1,441,447.14 |
| | | Robert Paul Didier Inc. Benefit Plan, et alPatric J. Kelly Adleson, Hess and Kelly, APC | Interest from 11/3/16 thru 11/4/16 @734.88/day -$1,469.76 | 4110-000 | | | 1,441,447.14 |
| | | Robert Paul Didier Inc. Benefit Plan, et alPatric J. Kelly Adleson, Hess and Kelly, APC | Additional Interest -$95.00 | 4110-000 | | | 1,441,447.14 |
| | | Robert Paul Didier Inc. Benefit Plan, et alPatric J. Kelly Adleson, Hess and Kelly, APC | Accrued Late Charges to Sequoia -$32,215.36 | 4110-000 | | | 1,441,447.14 |
| | | Robert Paul Didier Inc. Benefit Plan, et alPatric J. Kelly Adleson, Hess and Kelly, APC | Unpaid Charges to Sequoia Mortgage Capital Inc. -$175,442.96 | 4110-000 | | | 1,441,447.14 |
| | | Robert Paul Didier Inc. Benefit Plan, et alPatric J. Kelly Adleson, Hess and Kelly, APC | Unpaid Interest to Sequoia Mortgage -$2,658.72 | 4110-000 | | | 1,441,447.14 |
| | | Berliner Cohen LLP c/o Christian E. Picone | Principal to Berliner Cohen, LLP -$277,184.93 | 4110-000 | | | 1,441,447.14 |
| | | Berliner Cohen LLP c/o Christian E. Picone | Interest from 09/14/16 thru 11/4/16 @ 75.65/day -$3,933.80 | 4110-000 | | | 1,441,447.14 |
| | | Intero Real Estate | Listing Commission- Intero Real Estate; Lincoln -$18,000.00 | 3510-000 | | | 1,441,447.14 |
| | | County of Santa Clara | County Taxes (Paid) 11/2/16 to 01/01/17 $1,607.39 | 2820-000 | | | 1,441,447.14 |
| | | County of Santa Clara | County Taxes Paid 11/2/16 to 01/01/17 $2,362.77 | 2700-000 | | | 1,441,447.14 |
| | | Cornerstone | Escrow Fee -$1,600.00 | 2500-000 | | | 1,441,447.14 |
| | | Cornerstone | Notary Fee -$30.00 | 2500-000 | | | 1,441,447.14 |
| | | Cornerstone | FTB Filing -$45.00 | 2500-000 | | | 1,441,447.14 |
| | | Cornerstone | Owner's Coverage -$4,110.00 | 2500-000 | | | 1,441,447.14 |
| | | County of Santa Clara | County Transfer Tax split 50/80 | 2500-000 | | | 1,441,447.14 |

Page Subtotals: $1,441,447.14 $0.00

Case: 16-50041  Doc# 139  Filed: 01/30/18  Entered: 01/30/18 12:37:07  Page 11 of 20

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 16-50041 | Trustee Name: | Kari S. Bowyer (001760) |
|---|---|---|---|
| Case Name: | BRIAND PROPERTIES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6785 | Account #: | ******8000 Checking |
| For Period Ending: | 01/05/2018 | Blanket Bond (per case limit): | $92,391,005.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | -$2,002.00 | | | | |
| | | City of San Jose | City Transfer Tax split 50/50 | 2820-000 | | | 1,441,447.14 |
| | | | -$6,006.00 | | | | |
| | | County of Santa Clara | Order- Recording | 2500-000 | | | 1,441,447.14 |
| | | | -$37.00 | | | | |
| | | Trustee Insurance Agency | Fire/liability Insurance Premium | 2200-000 | | | 1,441,447.14 |
| | | | -$2,931.44 | | | | |
| | | Andy Buchanan | Reimbursement for funds advanced for invoice from Tomys Lock and Key to A. Buchanan -$303.30 | 2420-000 | | | 1,441,447.14 |
| | | US Marshall | Marshall Eviction | 2420-000 | | | 1,441,447.14 |
| | | | -$260.54 | | | | |
| | | Kari Bowyer | Reimbursement for towing service advanced by K. Bowyer to H&R Towing  -$250.00 | 2420-000 | | | 1,441,447.14 |
| | | Santa Clara County | 2016/17 Property Taxes to Santa Clara County  -$4,903.89 | 2820-000 | | | 1,441,447.14 |
| | | Franchise Tax Board | FTB withholding based on 3.33% -$121,212.00 | 2820-000 | | | 1,441,447.14 |
| | | Santa Clara County Office of the Tax Collector | Prior Year Taxes good through November 2016  -$108,293.08 | 4110-000 | | | 1,441,447.14 |
| | | | 1st Installment 2016*17 Property Taxes  -$7,208.45 | 2820-000 | | | 1,441,447.14 |
| | | | Credit  $154.29 | 2420-000 | | | 1,441,447.14 |
| 11/07/16 | 101 | Michael Dorian | Payment made pursuant to the sales contract and order Dkt 87 and amended order dkt. 92 Voided on 11/07/2016 | 8200-052 | | 345,000.00 | 1,096,447.14 |
| 11/07/16 | 101 | Michael Dorian | Payment made pursuant to the sales contract and order Dkt 87 and amended order dkt. 92 Voided: check issued on 11/07/2016 | 8200-052 | | -345,000.00 | 1,441,447.14 |
| 11/07/16 | 102 | Cornerstone Title Company | Return of funds to title company to be distributed to Michael Dorian from escrow. Order Dkt. 87/92 | 8200-052 | | 345,000.00 | 1,096,447.14 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,514.46 | 1,094,932.68 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,570.59 | 1,093,362.09 |
| 01/04/17 | 103 | International Sureties, LTD | 2017 Bond Renewal - Bond # 016048574 | 2300-000 | | 531.34 | 1,092,830.75 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 1,676.71 | 1,091,154.04 |

Page Subtotals: $0.00   $350,293.10

Case: 16-50041   Doc# 139   Filed: 01/30/18   Entered: 01/30/18 12:37:07   Page 12 of 20

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-50041 | Trustee Name: | Kari S. Bowyer (001760) |
|---|---|---|---|
| Case Name: | BRIAND PROPERTIES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6785 | Account #: | ******8000 Checking |
| For Period Ending: | 01/05/2018 | Blanket Bond (per case limit): | $92,391,005.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fees | | | | |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,464.83 | 1,089,689.21 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,619.60 | 1,088,069.61 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,460.69 | 1,086,608.92 |
| 05/04/17 | 104 | Franchise Tax Board | California Minimum Franchise Tax Payment for 2017; Paid pursuant to court order Dkt 103 | 2820-000 | | 800.00 | 1,085,808.92 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,719.22 | 1,084,089.70 |
| 06/08/17 | 105 | FRANCHISE TAX BOARD | 2016 Form 568- Briand Properties, LLC B/E | 2820-000 | | 2,684.00 | 1,081,405.70 |
| 10/02/17 | 106 | Kari S. Bowyer | Combined dividend payments for Claim #FEE, TE Voided on 10/04/2017 | | | 97,863.05 | 983,542.65 |
| | | | Claims Distribution - Thu, 08-03-2017 $97,757.86 | 2100-000 | | | 983,542.65 |
| | | | Claims Distribution - Thu, 08-03-2017 $105.19 | 2200-000 | | | 983,542.65 |
| 10/02/17 | 107 | Dentons US LLP | Combined dividend payments for Claim #, Voided on 10/04/2017 | | | 41,487.01 | 942,055.64 |
| | | | Claims Distribution - Thu, 08-03-2017 $41,169.00 | 3210-000 | | | 942,055.64 |
| | | | Claims Distribution - Thu, 08-03-2017 $318.01 | 3220-000 | | | 942,055.64 |
| 10/02/17 | 108 | Rincon Law LLP | Combined dividend payments for Claim #, Voided on 10/04/2017 | | | 47,100.76 | 894,954.88 |
| | | | Claims Distribution - Thu, 08-03-2017 $46,564.38 | 3110-000 | | | 894,954.88 |
| | | | Claims Distribution - Thu, 08-03-2017 $536.38 | 3220-000 | | | 894,954.88 |
| 10/02/17 | 109 | KOKJER, PIEROTTI, MAIOCCO & DUCK LLP | Combined dividend payments for Claim #, Voided on 10/04/2017 | | | 4,612.51 | 890,342.37 |
| | | | Claims Distribution - Thu, 08-03-2017 $4,556.50 | 3410-000 | | | 890,342.37 |
| | | | Claims Distribution - Thu, 08-03-2017 $56.01 | 3420-000 | | | 890,342.37 |
| 10/02/17 | 110 | Office of the United States Trustee | Combined dividend payments for Claim #6, 6I, 7, 7I Voided on 10/04/2017 | | | 1,315.16 | 889,027.21 |

Page Subtotals: $0.00 $202,126.83

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 16-50041 | Trustee Name: | Kari S. Bowyer (001760) |
|---|---|---|---|
| Case Name: | BRIAND PROPERTIES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6785 | Account #: | ******8000 Checking |
| For Period Ending: | 01/05/2018 | Blanket Bond (per case limit): | $92,391,005.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Thu, 08-03-2017 $325.00 | 2990-000 | | | 889,027.21 |
| | | | Claims Distribution - Thu, 08-03-2017 $3.72 | 7990-000 | | | 889,027.21 |
| | | | Claims Distribution - Thu, 08-03-2017 $975.28 | 2990-000 | | | 889,027.21 |
| | | | Claims Distribution - Thu, 08-03-2017 $11.16 | 7990-000 | | | 889,027.21 |
| 10/02/17 | 111 | Stanley Zlotoff | Combined dividend payments for Claim #Dkt 100, Dkt 100I Voided on 10/04/2017 | | | 21,240.37 | 867,786.84 |
| | | | Claims Distribution - Thu, 08-03-2017 $21,000.00 | 6210-000 | | | 867,786.84 |
| | | | Claims Distribution - Thu, 08-03-2017 $240.37 | 7990-000 | | | 867,786.84 |
| 10/02/17 | 112 | FRANCHISE TAX BOARD | Combined dividend payments for Claim #2P, 2PI, 2U, 2UI Voided on 10/04/2017 | | | 4,590.99 | 863,195.85 |
| | | | Claims Distribution - Thu, 08-03-2017 $3,739.64 | 5800-000 | | | 863,195.85 |
| | | | Claims Distribution - Thu, 08-03-2017 $42.80 | 7990-000 | | | 863,195.85 |
| | | | Claims Distribution - Thu, 08-03-2017 $799.40 | 7300-000 | | | 863,195.85 |
| | | | Claims Distribution - Thu, 08-03-2017 $9.15 | 7990-000 | | | 863,195.85 |
| 10/02/17 | 113 | Internal Revenue Service | Combined dividend payments for Claim #3, 3I, 3-1, 3-1I Voided on 10/04/2017 | | | 13,809.53 | 849,386.32 |
| | | | Claims Distribution - Thu, 08-03-2017 $1,617.26 | 7100-000 | | | 849,386.32 |
| | | | Claims Distribution - Thu, 08-03-2017 $18.51 | 7990-000 | | | 849,386.32 |
| | | | Claims Distribution - Thu, 08-03-2017 $12,036.00 | 7300-000 | | | 849,386.32 |
| | | | Claims Distribution - Thu, 08-03-2017 $137.76 | 7990-000 | | | 849,386.32 |
| 10/02/17 | 114 | Pacific Gas and Electric Company | Combined dividend payments for Claim #4, 4I Voided on 10/04/2017 | | | 8,252.64 | 841,133.68 |
| | | | Claims Distribution - Thu, 08-03- | 7100-000 | | | 841,133.68 |

Page Subtotals: $0.00 $47,893.53

Case: 16-50041  Doc# 139  Filed: 01/30/18  Entered: 01/30/18 12:37:07  Page 14 of 20

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | |
|---|---|
| Case No.: 16-50041 | Trustee Name: Kari S. Bowyer (001760) |
| Case Name: BRIAND PROPERTIES, LLC | Bank Name: Rabobank, N.A. |
| Taxpayer ID #: **-***6785 | Account #: ******8000 Checking |
| For Period Ending: 01/05/2018 | Blanket Bond (per case limit): $92,391,005.00 |
| | Separate Bond (if applicable): N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | 2017 $8,159.25 | | | | |
| | | | Claims Distribution - Thu, 08-03-2017 $93.39 | 7990-000 | | | 841,133.68 |
| 10/02/17 | 115 | Solomon Cordwell Buenz Attn: Louis Gale | Combined dividend payments for Claim #8, 8I Voided on 10/04/2017 | | | 29,728.95 | 811,404.73 |
| | | | Claims Distribution - Thu, 08-03-2017 $29,392.52 | 7100-000 | | | 811,404.73 |
| | | | Claims Distribution - Thu, 08-03-2017 $336.43 | 7990-000 | | | 811,404.73 |
| 10/02/17 | 116 | BRIAND PROPERTIES, LLC | Claim Dividend paid 100.00% on $811,404.73 ] Claim Number SURPLUS Claim Filed Amount $0.00 Voided on 10/04/2017 | 8200-002 | | 811,404.73 | 0.00 |
| 10/04/17 | 106 | Kari S. Bowyer | Combined dividend payments for Claim #FEE, TE Voided: check issued on 10/02/2017 | | | -97,863.05 | 97,863.05 |
| | | | $97,757.86 | 2100-000 | | | 97,863.05 |
| | | | $105.19 | 2200-000 | | | 97,863.05 |
| 10/04/17 | 107 | Dentons US LLP | Combined dividend payments for Claim #, Voided: check issued on 10/02/2017 | | | -41,487.01 | 139,350.06 |
| | | | $41,169.00 | 3210-000 | | | 139,350.06 |
| | | | $318.01 | 3220-000 | | | 139,350.06 |
| 10/04/17 | 108 | Rincon Law LLP | Combined dividend payments for Claim #, Voided: check issued on 10/02/2017 | | | -47,100.76 | 186,450.82 |
| | | | $46,564.38 | 3110-000 | | | 186,450.82 |
| | | | $536.38 | 3220-000 | | | 186,450.82 |
| 10/04/17 | 109 | KOKJER, PIEROTTI, MAIOCCO & DUCK LLP | Combined dividend payments for Claim #, Voided: check issued on 10/02/2017 | | | -4,612.51 | 191,063.33 |
| | | | $4,556.50 | 3410-000 | | | 191,063.33 |

Page Subtotals: $0.00 $650,070.35

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Case: 16-50041    Doc# 139    Filed: 01/30/18    Entered: 01/30/18 12:37:07    Page 15 of 20

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| Case No.: | 16-50041 | Trustee Name: | Kari S. Bowyer (001760) |
|---|---|---|---|
| Case Name: | BRIAND PROPERTIES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6785 | Account #: | ******8000 Checking |
| For Period Ending: | 01/05/2018 | Blanket Bond (per case limit): | $92,391,005.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $56.01 | 3420-000 | | | 191,063.33 |
| 10/04/17 | 110 | Office of the United States Trustee | Combined dividend payments for Claim #6, 6I, 7, 7I Voided: check issued on 10/02/2017 | | | -1,315.16 | 192,378.49 |
| | | | $325.00 | 2990-000 | | | 192,378.49 |
| | | | $3.72 | 7990-000 | | | 192,378.49 |
| | | | $975.28 | 2990-000 | | | 192,378.49 |
| | | | $11.16 | 7990-000 | | | 192,378.49 |
| 10/04/17 | 111 | Stanley Zlotoff | Combined dividend payments for Claim #Dkt 100, Dkt 100I Voided: check issued on 10/02/2017 | | | -21,240.37 | 213,618.86 |
| | | | $21,000.00 | 6210-000 | | | 213,618.86 |
| | | | $240.37 | 7990-000 | | | 213,618.86 |
| 10/04/17 | 112 | FRANCHISE TAX BOARD | Combined dividend payments for Claim #2P, 2PI, 2U, 2UI Voided: check issued on 10/02/2017 | | | -4,590.99 | 218,209.85 |
| | | | $3,739.64 | 5800-000 | | | 218,209.85 |
| | | | $42.80 | 7990-000 | | | 218,209.85 |
| | | | $799.40 | 7300-000 | | | 218,209.85 |
| | | | $9.15 | 7990-000 | | | 218,209.85 |
| 10/04/17 | 113 | Internal Revenue Service | Combined dividend payments for Claim #3, 3I, 3-1, 3-1I Voided: check issued on 10/02/2017 | | | -13,809.53 | 232,019.38 |
| | | | $1,617.26 | 7100-000 | | | 232,019.38 |
| | | | $18.51 | 7990-000 | | | 232,019.38 |

Page Subtotals: $0.00 -$40,956.05

Case: 16-50041 Doc# 139 Filed: 01/30/18 Entered: 01/30/18 12:37:07 Page 16 of 20

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 7

| Case No.: | 16-50041 | Trustee Name: | Kari S. Bowyer (001760) |
|---|---|---|---|
| Case Name: | BRIAND PROPERTIES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6785 | Account #: | ******8000 Checking |
| For Period Ending: | 01/05/2018 | Blanket Bond (per case limit): | $92,391,005.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $12,036.00 | 7300-000 | | | 232,019.38 |
| | | | $137.76 | 7990-000 | | | 232,019.38 |
| 10/04/17 | 114 | Pacific Gas and Electric Company | Combined dividend payments for Claim #4, 4I Voided: check issued on 10/02/2017 | | | -8,252.64 | 240,272.02 |
| | | | $8,159.25 | 7100-000 | | | 240,272.02 |
| | | | $93.39 | 7990-000 | | | 240,272.02 |
| 10/04/17 | 115 | Solomon Cordwell BuenzAttn: Louis Gale | Combined dividend payments for Claim #8, 8I Voided: check issued on 10/02/2017 | | | -29,728.95 | 270,000.97 |
| | | | $29,392.52 | 7100-000 | | | 270,000.97 |
| | | | $336.43 | 7990-000 | | | 270,000.97 |
| 10/04/17 | 116 | BRIAND PROPERTIES, LLC | Claim Dividend paid 100.00% on $811,404.73 ] Claim Number SURPLUS Claim Filed Amount $0.00 Voided: check issued on 10/02/2017 | 8200-002 | | -811,404.73 | 1,081,405.70 |
| 10/04/17 | 117 | Kari S. Bowyer | Combined dividend payments for Claim #FEE, TE | | | 97,863.05 | 983,542.65 |
| | | | Claims Distribution - Wed, 10-04-2017 $97,757.86 | 2100-000 | | | 983,542.65 |
| | | | Claims Distribution - Wed, 10-04-2017 $105.19 | 2200-000 | | | 983,542.65 |
| 10/04/17 | 118 | Dentons US LLP | Combined dividend payments for Claim #, | | | 41,487.01 | 942,055.64 |
| | | | Claims Distribution - Wed, 10-04-2017 $41,169.00 | 3210-000 | | | 942,055.64 |
| | | | Claims Distribution - Wed, 10-04-2017 $318.01 | 3220-000 | | | 942,055.64 |
| 10/04/17 | 119 | Rincon Law LLP | Combined dividend payments for Claim #, | | | 46,564.38 | 895,491.26 |
| | | | Claims Distribution - Wed, 10-04-2017 $46,028.00 | 3110-000 | | | 895,491.26 |
| | | | Claims Distribution - Wed, 10-04-2017 $536.38 | 3220-000 | | | 895,491.26 |

Page Subtotals: $0.00 -$663,471.88

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Case: 16-50041   Doc# 139   Filed: 01/30/18   Entered: 01/30/18 12:37:07   Page 17 of 20

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 8

| Case No.: | 16-50041 | Trustee Name: | Kari S. Bowyer (001760) |
|---|---|---|---|
| Case Name: | BRIAND PROPERTIES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6785 | Account #: | ******8000 Checking |
| For Period Ending: | 01/05/2018 | Blanket Bond (per case limit): | $92,391,005.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/04/17 | 120 | KOKJER, PIEROTTI, MAIOCCO & DUCK LLP | Combined dividend payments for Claim #, | | | 4,612.51 | 890,878.75 |
| | | | Claims Distribution - Wed, 10-04-2017         $4,556.50 | 3410-000 | | | 890,878.75 |
| | | | Claims Distribution - Wed, 10-04-2017         $56.01 | 3420-000 | | | 890,878.75 |
| 10/04/17 | 121 | Office of the United States Trustee | Combined dividend payments for Claim #6, 6I, 7, 7I | | | 1,315.16 | 889,563.59 |
| | | | Claims Distribution - Wed, 10-04-2017         $325.00 | 2990-000 | | | 889,563.59 |
| | | | Claims Distribution - Wed, 10-04-2017         $3.72 | 7990-000 | | | 889,563.59 |
| | | | Claims Distribution - Wed, 10-04-2017         $975.28 | 2990-000 | | | 889,563.59 |
| | | | Claims Distribution - Wed, 10-04-2017         $11.16 | 7990-000 | | | 889,563.59 |
| 10/04/17 | 122 | Stanley Zlotoff | Combined dividend payments for Claim #Dkt 100, Dkt 100I | | | 21,240.37 | 868,323.22 |
| | | | Claims Distribution - Wed, 10-04-2017         $21,000.00 | 6210-000 | | | 868,323.22 |
| | | | Claims Distribution - Wed, 10-04-2017         $240.37 | 7990-000 | | | 868,323.22 |
| 10/04/17 | 123 | FRANCHISE TAX BOARD | Combined dividend payments for Claim #2P, 2PI, 2U, 2UI | | | 4,590.99 | 863,732.23 |
| | | | Claims Distribution - Wed, 10-04-2017         $3,739.64 | 5800-000 | | | 863,732.23 |
| | | | Claims Distribution - Wed, 10-04-2017         $42.80 | 7990-000 | | | 863,732.23 |
| | | | Claims Distribution - Wed, 10-04-2017         $799.40 | 7300-000 | | | 863,732.23 |
| | | | Claims Distribution - Wed, 10-04-2017         $9.15 | 7990-000 | | | 863,732.23 |
| 10/04/17 | 124 | Internal Revenue Service | Combined dividend payments for Claim #3, 3I, 3-1, 3-1I | | | 13,809.53 | 849,922.70 |
| | | | Claims Distribution - Wed, 10-04-2017         $1,617.26 | 7100-000 | | | 849,922.70 |
| | | | Claims Distribution - Wed, 10-04-2017         $18.51 | 7990-000 | | | 849,922.70 |
| | | | Claims Distribution - Wed, 10-04-2017 | 7300-000 | | | 849,922.70 |

Page Subtotals:  $0.00   $45,568.56

Case: 16-50041   Doc# 139   Filed: 01/30/18   Entered: 01/30/18 12:37:07   Page 18 of 20

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)              ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 9

| | | | | | |
|---|---|---|---|---|---|
| Case No.: | 16-50041 | Trustee Name: | | Kari S. Bowyer (001760) | |
| Case Name: | BRIAND PROPERTIES, LLC | Bank Name: | | Rabobank, N.A. | |
| Taxpayer ID #: | **-***6785 | Account #: | | ******8000 Checking | |
| For Period Ending: | 01/05/2018 | Blanket Bond (per case limit): | | $92,391,005.00 | |
| | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $12,036.00 | | | | |
| | | | Claims Distribution - Wed, 10-04-2017 $137.76 | 7990-000 | | | 849,922.70 |
| 10/04/17 | 125 | Pacific Gas and Electric Company | Combined dividend payments for Claim #4, 4I | | | 8,252.64 | 841,670.06 |
| | | | Claims Distribution - Wed, 10-04-2017 $8,159.25 | 7100-000 | | | 841,670.06 |
| | | | Claims Distribution - Wed, 10-04-2017 $93.39 | 7990-000 | | | 841,670.06 |
| 10/04/17 | 126 | Solomon Cordwell BuenzAttn: Louis Gale | Combined dividend payments for Claim #8, 8I | | | 29,728.95 | 811,941.11 |
| | | | Claims Distribution - Wed, 10-04-2017 $29,392.52 | 7100-000 | | | 811,941.11 |
| | | | Claims Distribution - Wed, 10-04-2017 $336.43 | 7990-000 | | | 811,941.11 |
| 10/04/17 | 127 | BRIAND PROPERTIES, LLC | Claim Dividend paid 100.00% on $811,941.11 ] Claim Number SURPLUS Claim Filed Amount $0.00 | 8200-002 | | 811,941.11 | 0.00 |
| | | **COLUMN TOTALS** | | | 1,441,447.14 | 1,441,447.14 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 1,441,447.14 | 1,441,447.14 | |
| | | Less: Payments to Debtors | | | | 1,156,941.11 | |
| | | **NET Receipts / Disbursements** | | | $1,441,447.14 | $284,506.03 | |

Case: 16-50041   Doc# 139   Filed: 01/30/18   Entered: 01/30/18 12:37:07   Page 19 of 20

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 10

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 16-50041 | **Trustee Name:** | Kari S. Bowyer (001760) | |
| **Case Name:** | BRIAND PROPERTIES, LLC | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***6785 | **Account #:** | ******8000 Checking | |
| **For Period Ending:** | 01/05/2018 | **Blanket Bond (per case limit):** | $92,391,005.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8000 Checking | $1,441,447.14 | $284,506.03 | $0.00 |
| | **$1,441,447.14** | **$284,506.03** | **$0.00** |